IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

CHRISTOPHER MICHAEL LESTER                                                   PLAINTIFF
ADC #101939

v.                           NO. 5:11CV00227 JLH

A. RUH, Sgt., Maximum Security Unit,
ARKANSAS DEPARTMENT OF CORRECTION, *et al.*                   DEFENDANTS

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 15th day of November, 2011.

*/s/ J. Leon Holmes*
UNITED STATES DISTRICT JUDGE